**Opinion issued March 2, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00014-CV

———————————

## IN RE JOYCE REECE AND ZACHARY PETTIT, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Joyce Reece and Zachary Pettit, have filed a petition for a writ of mandamus asserting that the trial court abused its discretion by failing to rule on relators' plea to the jurisdiction and by granting the motion to disqualify relators' counsel, Joseph R. Willie, II D.D.S., J.D.

We deny relators' petition for writ of mandamus.[1]  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.

---

[1]    The underlying case is *Clarence Roy as next friend of Clarice A. Thomas v. Zachary Pettit and Joyce Reece*, Cause No. 2017-49867, in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.